THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CODWELL J. EATON, Appellant.

*People* v. *Eaton*, 122 App. Div. 706, affirmed.
(Argued April 6, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Henry Hardwicke, Carl Fischer-Hansen* and *Alexander Michaelson* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.